UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 08-20419-CR-Altonaga/Brown

UNITED STATES OF AMERICA

Plaintiff,

vs.

MONICA MARTINEZ,

Defendant.

_____/



## ORDER

The Court being fully advised in the matter, it is ordered that the Government's GOVERNMENT'S MOTION TO TRANSFER ~~AND CONSOLIDATE~~ is hereby GRANTED. The Matter is transferred from the docket of the Honorable District Judge Cecilia M. Altonaga to the docket of the Honorable District Judge Donald M. Middlebrooks for disposition.

DONE and ORDERED this 16 day of May, 2008 at Miami, Florida.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Serve: AUSA Ellen L. Cohen